In the Matter of the Accounting of ELLA V. McLAREN, as Administratrix with the Will Annexed of THOMAS J. BRUSH, Deceased, Appellant and Respondent.

MARY F. ROBINSON, Respondent and Appellant.

(Argued April 2, 1931; decided April 16, 1931.)

*William R. Murphy* and *George H. Burtis* for administratrix, appellant and respondent.

*Robert H. Koehler* for claimant, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: POUND, CRANE, KELLOGG and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., LEHMAN and O'BRIEN, JJ.